UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| JIMMIE ECHOLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 2:14-CV-40-FL |
| BRANCH BANKING AND TRUST, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 30, 2015, and for the reasons set forth more specifically therein, that the defendant's motion to dismiss is granted. Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on October 1, 2015, and Copies To:**

Daniel G. Cahill and Kristen P. Miller (via CM/ECF Notice of Electronic Filing)
Jimmie Echols (via U.S. Mail) 12330 8th Street Ct., Afton, MN 55001


October 1, 2015                    JULIE RICHARDS JOHNSTON, CLERK
                                     /s/ Christa N. Baker
                                   (By) Christa N. Baker, Deputy Clerk